UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   05/19/26
```

RAMALES PHOTOGRAPHY LLC,

　　　　Plaintiff,

　-against-

STARJEM RESTAURANT CORP, *doing business as*, FRESCO BY SCOTTO,

　　　　Defendant.

26-CV-1393 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

　　Plaintiff filed its complaint on February 18, 2026. *See* Dkt. 1. Plaintiff served defendant STARJEM Restaurant Corp., *d/b/a* Fresco by Scotto, on March 18, 2026 (Dkt. 10), making defendant's answer or other response to the complaint due April 8, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). On April 14, 2026, plaintiff informed the Court that the parties were engaged in "active settlement discussions," and requested a 30-day extension of defendant's deadline to answer or respond to the complaint (Dkt. 11), which the Court granted, making defendant's answer or other response to the complaint due no later than May 8, 2026. *See* Dkt. 12. Although that date has come and gone, the parties have not filed a stipulation of dismissal, defendant has not appeared or filed an answer to the complaint, and plaintiff has not requested a certificate of default.

　　It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint by **June 8, 2026**, plaintiff must, by that date, either: (1) file a stipulation of dismissal, (2) file a stipulation granting additional time for defendant to answer, or (3) apply for entry of default. No further extension of this deadline will be granted absent compelling circumstances.

Dated: New York, New York
　　　　May 19, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**